**Mark A. ROGERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD40430.**

Missouri Court of Appeals,
Western District.

Dec. 20, 1988.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Jan. 31, 1989.

Application to Transfer Denied
March 14, 1989.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, J., Presiding, and TURNAGE and COVINGTON, JJ.

## ORDER

PER CURIAM:

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

JUDGMENT AFFIRMED. Rule 84.-16(b).